IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VIRGINIA REED, | ) |
| Plaintiff, | ) No. 3:13-cv-00009 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Knowles |
| AMERICAN CELLULAR, INC., | ) JURY DEMAND |
| Defendant. | ) |

## ORDER

Before the Court is a proposed Agreed Order of Dismissal with Prejudice ("Notice") filed jointly by Plaintiff Virginia Reed and Defendant American Cellular, Inc., notifying the Court that the dispute between the parties has been resolved and requesting that the matter be dismissed with prejudice. (Doc. No. 27.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice** and the Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 11 day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT